Case 1:97-mc-00018   Document 8   Filed in TXSD on 08/12/1998   Page 1 of 1

8

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

AUG 1 2 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE GRAND JURY | § | MISC. NO. B-97-18 |
| TO LISA TREVINO | § | |
| | § | |
| | § | |

## ORDER TO APPEAR AND SHOW CAUSE

After reviewing the United States' application to hold Lisa Trevino in criminal contempt, the attached exhibit and the accompanying memorandum of law, the Court finds that reasonable cause exists for believing Trevino is guilty of criminal contempt, in violation of 18 U.S.C. § 401(3).

It is ordered that copies of the United States' application to hold Trevino in criminal contempt, the accompanying memorandum of law and this Order be served on Trevino personally, by the U.S. Marshal Service.

It is ordered that Lisa Trevino appear before United States District Judge Filemon B. Vela, in Room 296, 500 E. 10th Street, Brownsville, Texas 78520, at 8:30 a.m., within 48 hours after being served, excluding weekend and holidays, and show cause why she should not be held in criminal contempt.

Signed in Brownsville, Texas, on August __12__, 1998.

**UNITED STATES DISTRICT JUDGE**