United States District Court
Southern District of Texas
ENTERED
SEP 18 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 18 1998
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE GRAND JURY | § | MISC. NO. B-97-18 |
| TO LISA TREVINO | § | |
| | § | |
| | § | |

## ORDER TO APPEAR AND SHOW CAUSE

After reviewing the United States' application to hold Lisa Trevino in criminal contempt, with the attached exhibit and the accompanying memorandum of law, the Court finds that reasonable cause exists for believing Trevino is guilty of criminal contempt, in violation of 18 U.S.C. § 401(3).

The Court also finds that Lisa Trevino was served by the United States Marshal Service with an order to appear at 8:30 a.m., within 48 hours of service and show cause why she should not be held in criminal contempt, before United States District Judge Filemon B. Vela, in Room 296, 500 E. 10th Street, Brownsville, Texas 78520. The Court also finds that Lisa Trevino failed to appear as directed.

It is ordered that the United States Marshal Service serve this order on Lisa Trevino, and at that time, accompany her to United States District Judge Filemon B. Vela, in Room 296, 500 E. 10th Street, Brownsville, Texas 78520, where she will show cause

why she should not be held in criminal contempt.

Signed in Brownsville, Texas, on September __18th__, 1998.

_____
UNITED STATES DISTRICT JUDGE