12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MISCELLANEOUS CASE |
| § | B-97-018 |
| IN RE: GRAND JURY SUBPOENA § | |
| LISA TREVINO § | |

### ORDER APPOINTING COUNSEL

Because the above-named defendant has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender, thru Mari Aponte, Assistant, is hereby appointed to represent this person in the above-designated case.

If appointment is made by a Magistrate and the case subsequently proceeds to United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

DONE at McAllen, Texas, in open Court on 2nd day of November, 1998.

Signed on this 9th day of November, 1998 at Brownsville, Texas.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE